# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CENTURY 21 REAL ESTATE
CORPORATION, et al.

      Plaintiffs,

v.                                    CIVIL ACTION: 03-2810 (JAG)

LENINGTREE, INC.                                **CLOSED**

      Defendant,          O R D E R

It appearing that proceedings in the above matter has been administratively stayed and referred to mediation,

It is on this 20th day of OCTOBER 2004,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                      JOSEPH A. GREENAWAY, JR., U.S.D.J.