UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4700

CENTURY 21 REAL ESTATE CORPORATION;
COLDWELL BANKER REAL ESTATE CORPORATION;
ERA FRANCHISE SYSTEMS, INC.

v.

LENDINGTREE, INC.,

Appellant

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 03-cv-02810)
District Judge: Honorable Joseph A. Greenaway, Jr.

Argued December 6, 2004

Before: RENDELL, FISHER, Circuit Judges,
and YOHN*, District Judge.

---

\* Hon. William H. Yohn, Jr., Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

---

## JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on December 6, 2004. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on November 18, 2003, be and the same is hereby REVERSED and the case REMANDED to the District Court for further proceedings. All of the above in accordance with the opinion of this Court. Costs to be taxed against Appellees.

ATTEST:

*Marcia M. Waldron*

Clerk

Dated: October 11, 2005

Page 3

Century 21 RE, et al v. Lendingtree

Cost Taxed In Favor of Appellant as Follows:

```
Brief...................$192.60
Appendix................ 580.60
Reply Brief............. 135.20
Tax.....................  76.08
Docketing Fee.......... 250.00

Total.................. $1234.48
```

Certified as a true copy and issued in lieu of a formal mandate on January 18, 2006

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals for the Third Circuit