UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------X
CENTURY 21 REAL ESTATE  
CORPORATION; COLDWELL BANKER :  
REAL ESTATE CORPORATION; and  
ERA FRANCHISE SYSTEMS, INC.,  :

        Plaintiffs,   :   Civ. No. 03-CV-2810 (JAG)

   v.   :

LENDINGTREE, INC.   :

        Defendant.   :
---------------------------------X

## ORDER OF DISMISSAL

WHEREAS, the parties hereto have entered into a Settlement Agreement resolving all of the issues herein;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims and counterclaims in this lawsuit are dismissed with prejudice, with each party to bear its own costs.

Entered on this 27th day of July, 2006.

_____
JOSEPH A. GREENAWAY, JR.
United States District Judge